# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**MERCEDEZ BROWN,**

        **Plaintiff,**

    v.                                  Case No. 22-CV-131

**BRIAN UHL, et al.,**

        **Defendants.**

# ORDER

Mercedez Brown, proceeding pro se, filed a complaint on February 1, 2022. (ECF No. 1.) The Honorable J.P. Stadtmueller screened her complaint and significantly narrowed her claims. (ECF No. 6.) Brown was allowed to proceed with:

> Claim One: A Fourth Amendment Claim against John Doe members of the Ashwaubenon Public Safety Department, for unlawful arrest and unlawful search, arising out of the incident with the neighbor's stabbing in July 2019; and
>
> Claim Two: A Fourth Amendment Claim against John Doe Officers, Lieutenant Amerson and Officer Hennessy, for excessive force arising from Plaintiff's arrest after the death of her child.

(ECF No. 6 at 11.)

The court added "Brian Uhl, the Chief of Public Safety of the Village of Ashwaubenon, as a defendant in this matter for the limited purposes of helping to identify the John Doe defendants involved in Plaintiff's arrests." (ECF No. 6 at 11.)

The defendants moved for summary judgment (ECF No. 24), and Brown failed to respond to that motion. The case was subsequently reassigned to this court after all parties consented to the full jurisdiction of a magistrate judge. (ECF Nos. 4, 33.)

**IT IS ORDERED** that no later than **July 5, 2023**, the plaintiff shall show cause as to why this action should not be dismissed pursuant to Civil Local Rule 41(c) (E.D. Wis.).

**IT IS FURTHER ORDERED** that no later than **July 5, 2023**, the plaintiff shall identify the John Doe defendants. **<u>Failure to identify the John Doe defendants by July 5, 2023, will result in any claim against a John Doe defendant being dismissed</u>**.

Dated at Milwaukee, Wisconsin this 7th day of June, 2023.

_William E. Duffin_
WILLIAM E. DUFFIN
U.S. Magistrate Judge